IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **Andrea Irwin & John Tyler Irwin,**<br>　　Plaintiff,<br><br>v.<br><br>**ZOLL Laboratory Services, LLC &**<br>**ZOLL Medical Corp.,**<br>　　Defendants. | )<br>)<br>) **Civil No.:**<br>)<br>)<br>) **COMPLAINT AND JURY DEMAND**<br>)<br>) |

**COME NOW** the Plaintiffs, Andrea Irwin & John Tyler Irwin, by and through the undersigned attorneys, and for their Complaint allege as follows:

## JURISDICTION AND VENUE

1. This is a civil action between citizens of different states, providing this Court jurisdiction over the action. 28 U.S.C. § 1332(a)(1).

2. The amount in controversy far exceeds $75,000, providing this Court jurisdiction over the action. 28 U.S.C. § 1332(a).

3. A substantial part of the events giving rise to this action, including the significant harm to Plaintiffs, took place in Polk County, IA, within the Central Division of the District Court for the Southern District of Iowa. This cause of action arises out of some action or other contact by the Defendants in the State of Iowa. This cause of action relates to the Defendants' contacts with the State of Iowa.

4. Venue is appropriate in the Southern District of Iowa as a result. 28 U.S.C. § 1391(b)(2).

## PLAINTIFFS

5. Plaintiffs Andrea Irwin and John Tyler Irwin are residents and citizens of Ankeny, Polk County, IA.

6. Plaintiffs Andrea Irwin and John Tyler Irwin are lawfully married under the laws of the State of Iowa, and have been at all times material to this action.

**DEFENDANTS**

7. Defendant ZOLL Laboratory Services, LLC (hereinafter "ZOLL Labs") is a Nevada corporation with principal place of business in Pittsburgh, PA.

8. Defendant ZOLL Medical Corporation (hereinafter "ZOLL Medical") is a Massachusetts corporation with principal place of business in Chelmsford, MA.

9. By information and belief, ZOLL Labs is a subsidiary or subdivision of ZOLL Medical. Throughout this document, "ZOLL" will be used when referring to both.

10. ZOLL Medical and ZOLL Labs are sophisticated medical device and monitoring companies that focus on cardiac monitoring, defibrillation, and related technologies, devices and software; they hold themselves out to the public[1] as "a global leader in acute critical care and related software and diagnostic tools" that help doctors and emergency responders to "improve patient outcomes in critical cardiopulmonary conditions."

11. ZOLL Medical and ZOLL Labs operate across the United States, often in conjunction with local doctors and hospitals who are providing direct care to patients throughout the nation, resulting in annual revenues believed to be in excess of $1.4 billion.

**FACTUAL BACKGROUND**

12. Plaintiff Andrea Irwin is a 33 year old mother of two who has a history of migraine headaches and allergies that have been previously well-controlled by her doctors.

13. On August 10, 2023, Andrea had an allergic reaction to a migraine medication that resulted in the need for medical intervention at the Emergency Department at Iowa Methodist Medical Center in Des Moines, IA.

14. Part of Andrea's allergic reaction noted by doctors included tachycardia, which is the medical terminology for a heart rate that is faster than 100 beats per minute.

15. As a result, Andrea's medical team outfitted her with a ZOLL-branded cardiac monitor, serial no. 006101774, as shown in the photo below.  ZOLL was more than the manufacturer of this medical device – it assumed an active role in the monitoring of Andrea's heart rate, contacting her directly to note the serial number and provide instruction. The first monitor is shown below:

---

[1] Taken from ZOLL's "Company Overview," found at https://www.zoll.com/about-zoll/company-overview



      16.      The monitor relayed data to ZOLL, which tracked the data and returned the results of that data as shown in the event log below, relating to patient ID no. 53124 (Andrea Irwin). This was part of ZOLL's ongoing role in Andrea's cardiac monitoring:



17. After Sept. 1, 2023, Andrea Irwin was outfitted with a second cardiac monitor due to a faulty clip on the first. Although Andrea requested only a new clip, ZOLL insisted on an entirely new unit. The second unit had serial no. 006101792 on the box, as shown in the photo below – notably, Andrea was only asked to relay to ZOLL the serial number on the box, although the serial numbers on the box and device do not appear to match when compared with photos taken of the first device (all photos taken after Defendants' negligent acts):





18. After Zoll switched the cardiac monitors, Andrea Irwin's ZOLL cardiac monitor noted several potentially serious cardiac events, including events that represented long sinus pauses of up to 5.5 seconds in duration.

19. The cardiac monitor outputs recorded by Andrea's second Zoll cardiac monitor , including the long sinus pauses of greater than three seconds, are potentially serious or life-threatening for a patient like Andrea Irwin.

20. Andrea Irwin's doctors reviewed and relied on the accuracy of this data from her ZOLL Labs' data, and ordered a pacemaker to be surgically implanted within Andrea on September 18, 2023. Their decision to surgically implant a pacemaker was reasonable and necessary based on the data reported by the Zoll Labs' cardiac monitor.

21. Andrea's pacemaker was installed under insufficient sedation, which means that Andrea Irwin was awake, aware, and felt the procedure as it happened – an agonizing and traumatic situation in which even an attending doctor noted her awareness to the procedure in real time during the surgery, but was unable to provide additional sedation.

22. Andrea has full memory of nearly the entire initial pacemaker surgery. Andrea has specific memory of the surgeon slicing into her body to open up the chest cavity; of the surgeon placing wires directly into one of the chambers of her heart; of the doctors stretching and pulling to create a cavity for the pacemaker itself to be placed inside of her body; of injections intended (but failing) to numb the area; and of the doctors finally, mercifully stitching her back up to complete the procedure.

23. Andrea Irwin experienced sensations of extreme pain, fear, a terror reaction, and severe emotional distress during the surgical procedure itself. The experience was so difficult and traumatic that it led to Andrea developing post-traumatic stress disorder (PTSD) in its aftermath. This is in addition to the significant physical issues that come from having such a surgery. Andrea suffers from the effects of this surgery to this day.

24. Implantation of the pacemaker necessarily meant carving into Andrea's body, leading to physical cuts as well as surgical scarring after, as indicated in the photo below:



25. Within weeks of the initial pacemaker implantation, it became clear that the data received from ZOLL and used by Andrea's doctors to justify implantation of the pacemaker device were completely erroneous and faulty – the data were actually from a different, unknown patient, and not Andrea Irwin. ZOLL had switched the data from two separate patients, a blatant mistake with serious consequences for patient care and safety.

26. Andrea Irwin's doctors also later uncovered that several of the 'strips' (the common medical terminology for the visualized electrocardiogram readings from the ZOLL monitor) were actually under the listed name 'John Doe' with a patient ID no. of 0, as noted by Andrea's heart doctors below in a 10/12/23 note:

> She did receive her actual strips from ZOLL. Some of these are under her name. There is also a second group of strips that are under the name of John Doe with a birthdate of 1/1/1970 and an ID number 0. However, she has been told by ZOLL that all of these are her actual strips.

27. In short: Andrea Irwin's heart monitor readings were not from Andrea at all, but from another person entirely – meaning that the heart data that led her to a shocking, painful, traumatizing surgery were just plain wrong as a result of grossly inadequate control procedures that led ZOLL Labs or another entity to misplace, misapply, or mislabel the data.

28. The data disaster at ZOLL Labs was only uncovered when ZOLL posted a cardiac event onto Andrea Irwin's electronic chart after her nightmarish pacemaker procedure – while she was no longer wearing the monitoring device, which would have made recording and reporting that event impossible. Andrea herself reported the issue to ZOLL; it did not discover the mistake at any time. Once this data disaster became known, Andrea Irwin's doctors determined she did not, in fact, require a pacemaker at all – that the initial surgery was completely unnecessary, as noted below in a 10/12/23 note from Dr. Robert Brewer:

> **Impression/Plan:**
> Pacemaker: I would agree that her pacemaker implantation was unnecessary. This appears to have been secondary to a mistake at ZOLL from the available reports. I have reviewed the strips that were actually sent from Unity Point showing the long pauses described above. These are difficult to read due to the poor quality fax, but they do have her name on the strips. The information that Unity Point had available therefore indicated that the strips did belong to her. Now, with the knowledge that the strips actually belonged to another patient, it would be reasonable to go ahead and remove the device. It has been in less than a month and a full extraction should not be necessary. The device and lead should be able to be easily removed. She has stated a preference to have the procedure done at Mercy. The risks, benefits, alternatives and rationale for the procedure have been explained. All questions were answered. The risks include (but are not limited to) death, myocardial infarction, stroke, tamponade, major bleeding and vascular damage, major infection, and possible need for emergency cardiac surgery. She understands and accepts the risks and wishes to proceed.

29. Andrea Irwin was forced to undergo a second surgery to remove the pacemaker from her body – this time, under complete sedation, due to her harrowing experience with the first surgery.

30. ZOLL Labs, understanding the gravity of its mishap that led to the erroneous first surgery, paid the medical costs and expenses for removal of Andrea Irwin's pacemaker.

## **COUNT I: NEGLIGENCE CLAIM AGAINST DEFENDANT ZOLL LABORATORY SERVICES, LLC**

31. Defendant ZOLL Labs was negligent in its handling of Andrea Irwin's medical data in one or more of the following ways:

   a. Choosing not to implement proper failsafe processes to ensure critical cardiac monitoring data was assigned to the proper patient;

   b. Mishandling Andrea Irwin's device and/or medical data;

   c. Choosing not to follow industry standard procedures to ensure reliability of medical monitor data;

   d. Choosing not to follow their own internal standards for ensuring reliability of medical monitor data; and/or

   e. Placing the wrong device in the wrong box for purposes of tracking via serial number.

32. As a result of the negligence of Defendant ZOLL Labs, Andrea Irwin suffered physical, emotional, and psychological injuries including pain, an unnecessary surgery and second surgery to correct the first, scarring from the surgeries, significant distress, post-traumatic stress disorder (PTSD), invasive memories, sleep disturbances, loss of function of the mind and body, and related issues.

33. Andrea Irwin's injuries are permanent and will last into the future.

WHEREFORE Plaintiff Andrea Irwin prays for judgment against Defendant ZOLL Laboratory Services, LLC for all items of damage recoverable by law, together with interest and costs of this action.

## COUNT II: NEGLIGENCE CLAIM AGAINST DEFENDANT ZOLL MEDICAL CORP.

34. Defendant ZOLL Medical was negligent in one or more of the following ways:

    a. Choosing not to maintain proper oversight or supervision of its subsidiary's handling of critical medical information;

    b. Choosing not to ensure proper failsafe processes or systems were in place to ensure critical cardiac monitoring data was assigned to the proper patient;

    c. Choosing not to provide proper training, instruction or guidance to ensure ZOLL Labs followed proper protocols to maintain the integrity of patient medical data; and/or

    d. Vicarious liability as owner, employer, or parent company of the negligent individuals or corporations.

35. As a result of the negligence of Defendant ZOLL Medical, Andrea Irwin suffered physical, emotional, and psychological injuries including pain, an unnecessary surgery and revision, scarring from the surgery and its revision, significant distress, post-traumatic stress disorder (PTSD), invasive memories, sleep disturbances, loss of function of the mind and body, and related issues.

36. Andrea Irwin's injuries are permanent and will last into the future.

WHEREFORE Plaintiff Andrea Irwin prays for judgment against Defendant ZOLL Medical Corporation for all items of damage recoverable by law, together with interest and costs of this action.

## COUNT III: LOSS OF CONSORTIUM CLAIM AGAINST DEFENDANTS ZOLL LABORATORY SERVICES, LLC AND ZOLL MEDICAL CORP.

37. Because of the negligence of Defendants ZOLL Labs and ZOLL Medical, Plaintiffs Andrea and John Tyler Irwin have endured significant injury to the marital relationship.

38. As a result, Plaintiff John Tyler Irwin has suffered damages in the past and into the future.

WHEREFORE Plaintiff John Tyler Irwin prays for judgment against Defendants ZOLL Laboratory Services, LLC and ZOLL Medical Corporation for all items of consortium damage recoverable by law, together with interest and costs of this action.

## JURY DEMAND

Pursuant to Fed.R.Civ.P. 38, Plaintiffs demand trial by jury on all issues raised in this case.

**LAWYER, LAWYER, DUTTON, DRAKE & CONKLIN, LLP**

By_____
Rob Conklin AT0012658
Jim Lawyer AT0004680
2469 106th Street
Urbandale, IA 50322-3701
P: (515) 224-4400   F: (515) 223-4121
Email: rconklin@lldd.net
Email: jlawyer@lldd.net

**LEVENTHAL PUGA BRALEY, P.C.**

Bruce L. Braley  AT0001132
Elizabeth Bonnett AT0015848
Leventhal Puga Braley, P.C.
950 S. Cherry St., Suite 600
Denver, CO  80246
Phone:  303-759-9945
Email:  bbraley@leventhal-law.com
Email:  ebonnett@leventhal-law.com

**ATTORNEYS FOR PLAINTIFFS**

ORIGINAL FILED